UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RAFAEL A. JONES, SR., )
)
Plaintiff, )
)
v. ) No. 4:11CV01308 JCH
)
DANIEL ISOM, et al., )
)
Defendants. )

# ORDER

This matter is before the Court on plaintiff's motions to proceed in forma pauperis. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After reviewing the complaint, the Court finds no allegations that would show that plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion and will dismiss this action without prejudice to refiling as a fully paid complaint.

Accordingly,

---

[1] See Jones v. Brayer, 4:07-CV-1704 RWS (E.D. Mo.), Jones v. Brayer, 4:07-CV-1723 ERW (E.D. Mo.), Jones v. Isom, 4:08-CV-1584 TIA (E.D. Mo.).

**IT IS HEREBY ORDERED** that plaintiff's motions to proceed in forma pauperis [Docs. 3, 8] are **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this <u>19th</u> day of August, 2011.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE