# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

RAFAEL A. JONES, SR., )
)
    Plaintiffs, )
)
v. ) No. 4:11CV1308 JCH
)
DANIEL ISOM, et al., )
)
    Defendants. )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 19th day of August, 2011.

                                      /s/Jean C. Hamilton
                                      JEAN C. HAMILTON
                                      UNITED STATES DISTRICT JUDGE