UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAFAEL A. JONES, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11-CV-1308-JCH |
| ) | |
| DANIEL ISOM, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff has filed a notice of appeal but has failed to pay the statutory filing fee. Consequently, the Court shall order plaintiff to pay the filing fee. Additionally, the Court notes that plaintiff may not proceed in forma pauperis on appeal because he has incurred more than three "strikes" pursuant to 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that within thirty (30) days from the date of this order, plaintiff shall pay to this Court the full $455 filing and docketing fees for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 12th Day of October, 2011.

/s/Jean C. Hamilton
**JEAN C. HAMILTON**
**UNITED STATES DISTRICT JUDGE**